UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 8CR50006 - 1 |
| ) | |
| v. ) | |
| ) | Magistrate Judge P. Michael Mahoney |
| ANDRELL THOMAS SANDERS ) | |

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, BRUCE SCHNOOR, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ANDRELL THOMAS SANDERS has been charged by criminal indictment in the Southern District of Iowa, Davenport Division, with one count of conspiracy to distribute cocaine base in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), and one count of possession with intent to distribute cocaine base in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). A copy of the criminal indictment is attached. I have further been informed that a warrant for the arrest of ANDRELL SANDERS has been issued pursuant to the criminal indictment. A copy of the warrant is attached.

**FILED**

FEB 08 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

BRUCE SCHNOOR
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 8th day of February, 2008.

P. MICHAEL MAHONEY
United States Magistrate Judge

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ IOWA

DAVENPORT DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

ANDRELL THOMAS SANDERS,
a/k/a Q

CASE NUMBER: 3:07-cr-634

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Andrell Thomas Sanders, a/k/a Q__
                                              Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and possession with intent to distribute cocaine base

in violation of Title __21; 18__ United States Code, Section(s) __846, 841(b)(1)(A), 841(a)(1);__

| Thomas J. Shields | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | December 13, 2007, Davenport, Iowa |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 12/13/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 3:07-cr-634 |
| | ) |
| | ) **INDICTMENT** |
| ANDRELL THOMAS SANDERS, | ) T. 21 U.S.C. § 841(a)(1) |
| aka Q, and | ) T. 21 U.S.C. § 841(b)(1)(A) |
| CHRISTOPHER JAMES MCGEE, | ) T. 21 U.S.C. § 846 |
| | ) T. 18 U.S.C. § 2 |
| Defendants. | ) |

RECEIVED DEC ?? 2007 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

**THE GRAND JURY CHARGES:**

### COUNT I
(Conspiracy to Distribute Drugs)

From a date unknown to the Grand Jury, but beginning by on or about October 23, 2006, and continuing to on or about July 7, 2007, in and about Johnson County in the Southern District of Iowa, and elsewhere, the defendants, ANDRELL THOMAS SANDERS, aka Q, and CHRISTOPHER JAMES MCGEE, did knowingly and intentionally conspire with each other and other persons known and unknown to the Grand Jury to knowingly distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT 2
### (Possession with Intent to Distribute)

On or about July 7, 2007, in and about Johnson County in the Southern District of Iowa, the defendants, ANDRELL THOMAS SANDERS, aka Q, and CHRISTOPHER JAMES MCGEE, did knowingly and intentionally possess with intent to distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL.

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/
Melisa Zaehringer
Special Assistant United States Attorney