## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50006 - 1 | **DATE** | 2/8/2008 |
| **CASE TITLE** | USA vs. ANDRELL THOMAS SANDERS | | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings under Rule 5 held.. Defendant appears in response to arrest. Court appoints Haneef Omar as counsel. Defendant informed of rights. Defendant waives right to an identity hearing. Court finds the defendant is the person named in the indictment. Defendant reserves right to have a detention hearing held in the Southern District of Iowa. Defendant is ordered transferred to the Southern District of Iowa, Davenport Division.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|