*United States District Court*

Northern District of Illinois - Western Division
211 South Court Street - Room 211
Rockford, Illinois  61101

Michael W. Dobbins,
Clerk

February 11, 2008

**RECEIVED**
FEB 1 3 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

United States District Court
Southern District of Iowa
131 East 4th Street
Davenport, IA 52801-1516

FILED
FEB 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    Re:    USA v. Andrell Thomas Sanders
           USDC No: 08 CR 50006

Dear Sir/Madam:

Enclosed please find certified copies of the following documents in connection with the removal proceedings conducted in this District regarding the above named defendant:

    Docket sheet - case number 08 cr 50006

    Affidavit in removal proceeding

    Order entered by Magistrate Judge Mahoney on 2/08/08

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                              Sincerely yours,

                              Michael W. Dobbins, Clerk

                      By:    Julia M. Mitchell
                             Deputy Clerk